1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   ALTON E. DEAN,                                 1:13-cv-00470-JLT  (HC)

12                 Petitioner,
                                                    ORDER DENYING MOTION FOR
13        vs.                                       APPOINTMENT OF COUNSEL

14   SUSAN L. HUBBARD,
                                                    (Doc. 5)
15                 Respondent.

16   _____/

17         Petitioner has requested the appointment of counsel, citing the purported complexity

18   of the issues in this case as grounds therefore.  There currently exists no absolute right to

19   appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d 479,

20   481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, Title 18

21   U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the

22   interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the

23   present case, the Court does not find that the interests of justice require the appointment of

24   counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that Petitioner's request

25   for appointment of counsel is denied.

26   IT IS SO ORDERED.

27   Dated:   April 16, 2013                    /s/ Jennifer L. Thurston
                                                UNITED STATES MAGISTRATE JUDGE
28