UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON E. DEAN, | 1:13-cv-0470-JLT  (HC) |
| Petitioner, | |
| vs. | ORDER DENYING AS MOOT PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL |
| SUSAN L. HUBBARD, | |
| Respondent. | (Doc. 10) |

Petitioner has requested the appointment of counsel. Here, the Court dismissed the petition on May 7, 2013, entered judgment, and closed the file for lack of exhaustion and failure to state cognizable federal habeas claims. (Docs. 8 & 9). Petitioner's motion for counsel was filed on May 15, 2013, after the petition had been dismissed and judgment had been entered. Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **May 16, 2013**                               /s/ Jennifer L. Thurston
                                                                     UNITED STATES MAGISTRATE JUDGE